IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CEDRIC FLOYD, #226328 | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 13-0167-CG-C |
| | ) |
| SHERIFF GROVER SMITH, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

After due and proper consideration of all issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated July 2, 2013 is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 29th day of July, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE