# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CEDRIC FLOYD, #226328 | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 13-0167-CG-C |
| | ) |
| SHERIFF GROVER SMITH, et al., | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED, and DECREED** that that the plaintiff has failed to state a claim upon which relief may be granted requiring that this civil action be and is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § § 1915A(b)(1) & 1915(e)(2)(B)(ii).

**DONE and ORDERED** this 29th day of July, 2013.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE